December 17, 2010

Mr. J. Kevin Carey
Carey Law Firm
3600 Hulen St., Ste. B3
Fort Worth, TX 76107

Mr. Darrell L. Keith
Keith Law Firm, PC.
1705 West Seventh Street
Fort Worth, TX 76102
Mr. Jeffrey H. Kobs
Kobs, Haney & Hundley, LLP
115 W. 2nd St., Ste. 204
Fort Worth, TX 76102

RE: Case Number: 08-0262
 Court of Appeals Number: 02-07-00177-CV
 Trial Court Number: 342-218419-06

Style: ROY KENJI YAMADA, M.D.
 v.
 LAURA FRIEND, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE
 ESTATE OF SARAH ELIZABETH FRIEND, DECEASED, AND LUTHER FRIEND,
 INDIVIDUALLY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Thomas A. Wilder|
| | |
| |Ms. Stephanie |
| |Robinson |
| |Mr. George A. |
| |Staples Jr. |
| |Mr. Russell Ramsey |